IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL JAMES CROSSNO**                                                      **PETITIONER**

**v.**                                    **NO. 5:14-cv-00259 BSM**

**RAY HOBBS, Director of the**                                                **RESPONDENT**
**Arkansas Department of Correction**

# ORDER

The findings and a recommendation from Magistrate Judge H. David Young have been received. After careful consideration of the objections and a *de novo* review of the record, it is concluded that the findings and recommendation should be, and hereby are, approved and adopted in their entirety and in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Michael James Crossno is dismissed, all requested relief is denied, and judgment will be entered for respondent Ray Hobbs. A certificate of appealability is denied. *See* Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts.

IT IS SO ORDERED this 22nd day of October 2014.

_____
UNITED STATES DISTRICT JUDGE