IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL JAMES CROSSNO**                                              **PETITIONER**

**v.**                           **CASE NO. 5:14CV00259 BSM**

**RAY HOBBS, Director of the**                                          **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Consistent with the order entered this day, the petition is dismissed.

IT IS SO ORDERED this 22nd day of October 2014.

_____
UNITED STATES DISTRICT JUDGE